IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:13cv31

| | | |
|---|---|---|
| CLEAN CONTROL CORPORATION, | ) | |
| Plaintiff, | ) | |
| vs. | ) | **O R D E R** |
| TERRY D. SIMPSON, a/b/a TS Products Online, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Joseph McGuire's Motion to Admit Stephen J. Zralek *Pro Hac Vice* pursuant to Local Rule 83.1 [Doc. 7].

Attached to the Motion is the Affidavit of Stephen J. Zralek in which he stated that he is a member in good standing of the Bar of Tennessee and has been admitted to practice before the United States Supreme Court, the United States Court of Appeals for the Sixth Circuit and the United States District Courts for the Middle and Eastern Districts of Tennessee. Joseph McGuire and Emily Nenni of McGuire, Wood & Bissetts, P.A., both of whom are members in good standing of the Bar of this Court, will appear with Mr. Zralek as local counsel. The applicant has

submitted with the Motion the full admission fee, has provided his email address and has established an ECF account with this District.

**IT IS, THEREFORE, ORDERED** that Joseph McGuire's Motion to Admit Stephen J. Zralek *Pro Hac Vice* pursuant to Local Rule 83.1 [Doc. 7] is hereby **GRANTED** and Stephen J. Zralek is hereby **ADMITTED** to practice, *pro hac vice*, before the Bar of this Court while associated with Joseph McGuire and/or Emily Nenni.

Signed: February 13, 2013

Martin Reidinger
United States District Judge